DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREA RIGGIN** a/k/a **ANDREA WILDMAN,**
Appellant,

v.

**MICHAEL MORRISON,**
Appellee.

No. 4D20-2218

[March 4, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael G. Kaplan, Judge; L.T. Case No. DVCE20-003372(59).

Andrea Riggin, Margate, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***